**Exhibit A to the Complaint**

**Location:** Brooklyn, NY  **IP Address:** 173.68.77.114
**Total Works Infringed:** 49  **ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 1C8DF431BA4F95863FE4DE7C7530C9327392C74E | Vixen | 01/13/2018 19:09:11 | 01/09/2018 | 01/18/2018 | PA0002070945 |
| 2 | 1702BF88C607938862AD5AD08D3799C7A76C4EC1 | Vixen | 11/09/2017 10:54:19 | 11/05/2017 | 11/15/2017 | 16016503631 |
| 3 | 1A0041630B2C6445C2EB513D93271F272FFDE8C4 | Vixen | 11/21/2017 20:15:59 | 09/26/2017 | 10/10/2017 | 15894022782 |
| 4 | 1E67DE039B64675913542CB2412BE54790434246 | Blacked | 10/27/2017 13:28:17 | 04/10/2017 | 06/15/2017 | PA0002037582 |
| 5 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 10/10/2017 02:50:46 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 6 | 23EB7D7E16DD92EC70D4F119FBC6039307E914E7 | Tushy | 10/19/2017 14:12:48 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 7 | 2CB43429526775645D5837FE2C63CFFB1B0D2802 | Vixen | 11/08/2017 12:22:13 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 8 | 3DC944A1AD966BC9391CEC53DEE47573EDCCB5A8 | Blacked | 12/03/2017 16:59:41 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 9 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 11/27/2017 14:09:00 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 10 | 45B2E3DC85C1A3825981D3B9EBDCC2E3ECB94FF7 | Vixen | 11/08/2017 13:12:24 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 11 | 49AC32A35FDA73ED25DC180D6DB00F409402501B | Tushy | 11/09/2017 12:11:17 | 11/07/2017 | 11/15/2017 | 16013185672 |
| 12 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Ra | 11/15/2017 14:13:14 | 10/24/2017 | 11/15/2017 | 16016503680 |
| 13 | 4FD530AFCD695ED8E130447A426E45259006C41E | Tushy | 11/09/2017 12:12:46 | 10/28/2017 | 11/15/2017 | 16013254281 |
| 14 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 10/18/2017 14:58:12 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 15 | 50D42E0913182BA1982BB0B4E6E10BFB2E8EC817 | Vixen | 01/07/2018 03:54:49 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 16 | 53FAB44D9EA232A2B542382A56DE473F582EC8F4 | Blacked | 11/09/2017 11:28:15 | 11/01/2017 | 11/15/2017 | 16013342262 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 59B043EF8155CDE278BF4B8F595047920095A2C4 | Tushy | 11/13/2017 19:13:18 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 18 | 5A06B4EA4DB48984499F2E9EA7213220E835089D | Blacked | 10/10/2017 02:39:20 | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 19 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 09/05/2017 14:48:00 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 20 | 66253B31F315AF4F473B9F3D4A8CB344A5C64542 | Blacked | 09/19/2017 14:37:00 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 21 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/29/2017 17:15:29 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 22 | 7105B3D5A8869772E44C5F6C1349832164EAAEAF | Tushy | 10/10/2017 03:16:19 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 23 | 766E1C71FF552FF186850DD63CC9ECC58D923874 | Tushy | 10/18/2017 15:01:54 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 24 | 7A496D6534DC2D202F8F0C60B122CAFF208959B3 | Tushy | 10/18/2017 15:01:19 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 25 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 11/08/2017 12:34:43 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 26 | 8519F3BB18D38EB8472CD07987B1BC2224E7EC22 | Vixen | 11/15/2017 14:09:48 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 27 | 86C31D70D81F7C4B4664296D3E86F595131E0626 | Tushy | 08/29/2017 20:26:39 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 28 | 9346C2F8A6E29C4B60C84E6579384A985F3474C0 | Vixen | 12/18/2017 16:36:27 | 12/10/2017 | 12/17/2017 | 16159649229 |
| 29 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 09/19/2017 14:02:09 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 30 | 9F5E2E0229F4448AB05192505E44AB9AB404EC0F | Vixen | 11/15/2017 14:14:27 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 31 | A342244F2E0287F7EB6E897441849848F8A7D7A5 | Vixen | 11/21/2017 20:23:49 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 32 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 11/21/2017 20:03:58 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 33 | ACEB9396D1442ACF5E2840310FED768E8D533EE7 | Blacked | 11/09/2017 11:27:57 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 34 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 11/01/2017 14:02:15 | 10/27/2017 | 11/15/2017 | 16016503839 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | B30A24C236439A9B2C65C9234830190BD3026085 | Tushy | 11/09/2017 12:23:30 | 10/23/2017 | 11/15/2017 | 16013254380 |
| 36 | B316A7B2BA822FD11A7D2D2733FE8293C9BE17DC | Tushy | 10/18/2017 15:03:27 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 37 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 10/10/2017 02:49:34 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 38 | C688832FC38778E650889B646710CDEF06A10719 | Blacked | 11/13/2017 14:03:12 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 39 | C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068 | Blacked | 12/13/2017 15:28:47 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 40 | CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43 | Tushy | 12/04/2017 14:24:51 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 41 | CF88AC6404124CC2E13774DCEC7BC19F136D3EFE | Vixen | 11/13/2017 14:15:57 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 42 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 11/01/2017 13:59:40 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 43 | D75C4212C94EACD789D6AA48F9EDD3AEE3170037 | Vixen | 01/07/2018 03:37:46 | 10/21/2017 | 11/15/2017 | 16016503512 |
| 44 | E077B1FF542F9813257F25F80DF621F1EC832879 | Vixen | 11/15/2017 14:09:15 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 45 | E272AF63D15A4277BF857E93B225717C76F3DA9D | Tushy | 11/09/2017 14:26:58 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 46 | E6F114413A8D894E10048A7ADA1B5FB9465EE86B | Tushy | 10/18/2017 15:03:02 | 10/03/2017 | 10/10/2017 | 15894022537 |
| 47 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 11/09/2017 11:24:37 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 48 | F4AA138039846AD2D2205FAA3036CD827E520187 | Tushy | 11/09/2017 12:08:47 | 10/18/2017 | 11/15/2017 | 16016503463 |
| 49 | F4D697D4CD5A5F484EB93A61F939FD0A7CC52A1F | Blacked | 11/15/2017 14:13:27 | 06/29/2017 | 07/07/2017 | PA0002070821 |