**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X
                                                                 :
STRIKE 3 HOLDINGS, LLC,                                          :
                                                                 :    Case No. 1:18-cv-01193-FB-RML
                                Plaintiff,                       :
                                                                 :
                vs.                                              :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
173.68.77.114,                                                   :
                                                                 :
                                Defendant.                       :
-----------------------------------------------------------------X
```

## PLAINTIFF'S VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 173.68.77.114, are voluntarily dismissed with prejudice.

Dated: February 5, 2019                    Respectfully submitted,

                                           **FOX ROTHSCHILD, LLP**

                                           By:  /s/ *Shireen Nasir*
                                                Shireen Nasir, Esq.
                                                snasir@foxrothschild.com
                                                101 Park Avenue
                                                17th Floor
                                                New York NY 10178
                                                Tel.: (212) 878-7900
                                                Fax: (212) 692-0940
                                                www.foxrothschild.com
                                                *Attorneys for Plaintiff*

1